#475803

FULL NAME
Kenneth Adrian Fuller
COMMITTED NAME (if different)

FULL ADDRESS INCLUDING NAME OF INSTITUTION
880 Oklahoma Ave.
San Luis Obispo CA 93405
PRISON NUMBER (if applicable)



FILED
CLERK, U.S. DISTRICT COURT

OCT - 4 2021

CENTRAL DISTRICT OF CALIFORNIA
BY ___KMH___ DEPUTY

Related DDJ

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Kenneth Adrian Fuller, et. al.

PLAINTIFF,

v.

Gavin Newsom, et. al.

DEFENDANT(S).

CASE NUMBER 2:21-CV-7946-SVW-MAA

*To be supplied by the Clerk*

**CIVIL RIGHTS COMPLAINT
PURSUANT TO** *(Check one)*

☒ 42 U.S.C. § 1983 § 1985
☒ Bivens v. Six Unknown Agents 403 U.S. 388 (1971)

## A. PREVIOUS LAWSUITS

1. Have you brought any other lawsuits in a federal court while a prisoner: ☒ Yes   ☐ No

2. If your answer to "1." is yes, how many? Approximately 5 or 6

   Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on an attached piece of paper using the same outline.)

   I do not have any availiable information on those suits except:
   Fuller v Nelson 9th circut court of appeals
   decieded April 14th 2005.

Plaintiffs    appendix   A

1.  Layn Allen Banks #426135
    General Mail
    Atascadero, CA 93423

2.  Brian Victor Andres
    2325 Oak Street
    Paso Robles C.A. 93446

3.  Axel Garcia    1588 Madonna Rd Apt 107
    San Luis obispo Ca  93401

4.  Pierce R Baylor
    2017 Madeleine St.
    Alexandria, La 71301.

5.  MANUEL TAYLOR RESENDiz
    2017  Madeleine St
    Alexoudria L 71301

6.  Trevyn Lamison
    183 North Elm St.
    Unit B
    Arroyo Grande, CA 93420
    747-477-5632
    trevyn805@gmail.com

PLAINTIFFS    Appendix B

8. Anthony Stevens          Po Box 4555
   [signature]      9-13-21   San Luis Obispo ca 93403

a. Parties to this previous lawsuit:
Plaintiff _____ Fuller _____

Defendants _____ Nelson _____

b. Court _____ 9th circut _____

c. Docket or case number _____ 04-36099 _____

d. Name of judge to whom case was assigned _____ B. Fletcher, Trott, Paez _____

e. Disposition (For example: Was the case dismissed? If so, what was the basis for dismissal? Was it appealed? Is it still pending?) _____ Remanded for further proceedings _____

f. Issues raised: _____ Axcess to the courts. First amendment _____

g. Approximate date of filing lawsuit: _____ March 23, 2005 _____

h. Approximate date of disposition _____ April 4, 2005 _____

## B. EXHAUSTION OF ADMINISTRATIVE REMEDIES

1. Is there a grievance procedure available at the institution where the events relating to your current complaint occurred? ☒ Yes   ☐ No

2. Have you filed a grievance concerning the facts relating to your current complaint? ☐ Yes   ☒ No

   If your answer is no, explain why not _____ Claims are not subject to administrative appeal _____

3. Is the grievance procedure completed? ☐ Yes   ☒ No

   If your answer is no, explain why not _____ N/A _____

4. Please attach copies of papers related to the grievance procedure.

## C. JURISDICTION

This complaint alleges that the civil rights of plaintiff _____ Kenneth Fuller _____
(print plaintiff's name)

who presently resides at _____ 880 Oklahoma Ave. San Luis Obispo, CA 93405. _____
(mailing address or place of confinement)

were violated by the actions of the defendant(s) named below, which actions were directed against plaintiff at
_____ Gavin Newsom, State of Calif., Pres. Joe Biden Washinton D.C. _____
(institution/city where violation occurred)

on (date or dates) March 2020, Sept 2021, March 2020 Sept 2021, March 2020 Sept 2021.

        (Claim I)       (Claim II)       (Claim III)

**NOTE:**   You need not name more than one defendant or allege more than one claim. If you are naming more than five (5) defendants, make a copy of this page to provide the information for additional defendants.

1. Defendant   Gavin Newsom          resides or works at
    (full name of first defendant)

    Governors mansion, Sacromento CA.
    (full address of first defendant)

    Governor of CA.
    (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☒ individual   ☒ official capacity.

Explain how this defendant was acting under color of law:

Offical capicity of governer of CA.

2. Defendant   Dr Faucci          resides or works at
    (full name of first defendant)

    Washington D.C.
    (full address of first defendant)

    Head of the CDC
    (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☒ individual   ☒ official capacity.

Explain how this defendant was acting under color of law:

Chief executive for center of disease control

3. Defendant   Presedent Joesef Biden     resides or works at
    (full name of first defendant)

    White House Washington D.C.
    (full address of first defendant)

    President of the United States
    (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☒ individual   ☒ official capacity.

Explain how this defendant was acting under color of law:

President of the United States

4.  Defendant _____ N/A _____ resides or works at

    _____
    (full name of first defendant)

    _____
    (full address of first defendant)

    _____
    (defendant's position and title, if any)

    The defendant is sued in his/her (Check one or both): ☐ individual    ☐ official capacity.

    Explain how this defendant was acting under color of law:

    _____

    _____

5.  Defendant _____ N/A _____ resides or works at

    _____
    (full name of first defendant)

    _____
    (full address of first defendant)

    _____
    (defendant's position and title, if any)

    The defendant is sued in his/her (Check one or both): ☐ individual    ☐ official capacity.

    Explain how this defendant was acting under color of law:

    _____

    _____

**D. CLAIMS***

**CLAIM I**

The following civil right has been violated:

Count I

1. The "establishment clause" of the first amendment, establishing a "State Religion".

Count II

2. First Amendment prohibitting the free exercise of religion.

Count III

3. Abridging the freedom of speech-first amendment.

Count IV

4. First amendment right of the people "Peacefully to Assemble".

Supporting Facts: Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be certain you describe, in separately numbered paragraphs, exactly what each DEFENDANT (by name) did to violate your right.

The following facts apply to all 14 interconnected counts allegging constitutional violations of the United States constitution.

A. On or about the years Feb 2019 throuar Sept of 2021, defendents conspired to suspend the constitution of the united states and replace the constitution with a series of fake pandemic (so called) health directives.

B. All so called pandimic health orders are per se unconstitutional.

*If there is more than one claim, describe the additional claim(s) on another attached piece of paper using the same outline.*

D. Claims  Appendex   C

### Count XII

12. "Child Endangerment" in violation of the 14th amendment.

### Count XIII

13. "Child Abuse" in violation of the 14th amendment.

### Count XIV

14. Medical malpractice in violation of the 14th amendment.

D. Claims Appendex B

### Count V

5. First amendment "Freedom of the press".

### Count VI

6. Fraud in violation of the 14th amendment.

### Count VII

7. False imprisonment in violation of the 14th amendment

### Count VIII

8. Brainwashing in violation of the 14th amendment.

### Count IX

10. Intentional infliction of emotional distriss in violation of the 14th amendment.

### Count X

11. "Restraint of Trade" in violation of the 14th amendment.

Supporting facts   appendix A

## Count I

1. The defendents did intentually, willfully, maiciously, fraudlunty establish a state religon in violation of the "establishment clause" of the first amendment, U.S. Constitution.

Here after the state religion shall be refferred to as the Satinic Fake Pandimic Dictatorship, or (S.F.P.D.).

    a. The defendents issued so called health oreders making it manditory for all citizens to wear face masks.

        1. Defendents are engaged in a satanic Religous ritual of requiring thier victims to wear face masks. "Said religious practice" establishes a state religion in violation of the first amendment. On or about the years Feb. 2019 through Sept of 2021.

Supporting facts    appendix B

### Count II

Defendents on or about the years of March 2020 through sept 2021 did willfully, intentually, malicously, close churches in violation of the first amendment, "The Right to Religous Freedom".

### Count III

On or about March 2020    defendants ordered citizens to wear facemasks. Face masks per se "abridge free speech". Facemasks physically obstruct a person's ablity to speak freely.

### Count IV

On or about march 2020, defendents ordered citizens to stay six feet apart from each other. Defendents per se violated the constitutional right "to peacefully assemble".

### Count V

On or about march 2020 defendents eliminated "freedom of the press" as to the high majority of national and local media.

Supporting facts   appendix c

### Count V cont.

Day after day, national and local news media
blatantly broadcast fraudulent information
propagandacising fake pandimic so-called
news.

### Count VI

on or about march of 2020

1. Defendents consipered to fraudulently
   claim there was such a deadly disease
   it warrented shutting down businesses
   closing churches and schools, throwing
   millions of americans out of work.
   a. Defendants conspired with health
      care workers to fraudulently claim
      that deaths caused by other things,
      to be reported as covid 19 deaths.
   b. Defendents claimed that hospitols
      were overwelmed by covid 19 cases,
      when in fact health care workers
      were being layed off.

Supporting facts  appendix D

### Count VII

On or about march of 2020 and sept. 2021, defendents intentually, willfully, maliciously, falsely, inprisoned americian citizens by and through issueing so called health dirictives requireing citizens to stay at home after certian hours, without legitimate constitutional authority to do so.

### Count VIII

On or about feb 2020 through sept 2021 defendent in concert with national and local media, did intentionaly, willfully, maliciously, advance indoctrination of the american public to believe there was an out of control deadly disease ie. covid 19.

    a. Defendents fostered
        an enviorment that heightens the susceptibility of american citizens, to abnormal, unwanted fear of the covid 19 disease through sensory dep-rivation, i.e. the manditory use of facemasks and manditory six foot distance from others, psychologicial

Supporting facts    appendix E

### Count VIII cont.

depletion cognitive dissonce, peer
pressure and a clear assertion of
unlawfull unconstitional authority
and dominion

American citizens are still
experienceing the collatoral damage
impairment of automony and the
agility to think independently,
inducing americans to unyeilding
compliance, with unconstitunal,
unlawful, illegal so called health
directives

### Count IX

On or around march 2020 through Sept 2021,
defendents intionally, willfully, maliciously
did terrorize american citizens by and
through a deliberate intention to instill
an abnormal fear of a virus. Defendents
maliciously inflicted Emotional distress upon
american citizens with the transparent
objective of "mind control".

Supporting facts    appendix F

## Count IX cont.

Defendents have no governmental authoarty or rational basis for controling the minds of U.S. citizens, nor rational basis for inflicting emotional distress over a disease that can be treated. By very simple methods, viruses can be destroyed by simple immersion in a hot tub or sauna.

There are many known effective treatments for covid 19, that are not hazardous to one's health.

## Count X

On or about march 2020, defendents intentionaly, willfully, maliciously, did put on businesses "unreasonable restrictions" in violation of the "restraint of business clause" us constitution

    a. Defendents arbitrarily shut down business claiming they were non-essential.

    b. Defendents confiscated assets of business with zero due process of law.

Supporting facts  appendix G

### Count XI

On or about March 2020 through Sept 2021 defendents intentionally, willfully, maliciously, and viciously endangered the the health of every child in the united states  by and through requring children to wear a facemask.

    a. Facemasks  cause children to block the body's  natural process of expelling toxins when a person exhales.

    b. Facemasks  cause serious neurological disfunction.

    c. Facemasks  endanger the phsycological well being of children.

    d. Facemasks cause children to breath carbon dioxide which effects the bodys  natural immune system to disease.

### Count XII

On or about  Febuary 2020 thru Sept 2021, defendents have abused all children  in the United States, willfully, intentionally, maliciously, viciously by and through forcing children to wear facemasks.

Supporting facts   appendix H

### Count XII cont.

a. Facemasks have harmed every child
in the United States.
b. Facemasks have harmed every child's
neroulogical brain function.
c. Facemasks have harmed every child's
natural immune system, causing
children to be more susceptible to
disease.
d. Facemasks have caused children
serious emotional distress and
mental confusion.

### Count XIII

On or about March 2020 through Sept 2021
defendents have conspiried with medical
practioners to fraudulently claim that
facemasks protect from covid 19.

a. Facemasks poison the body through
rebreathing spent oxygen.
b. Covid 19 vaciences contian toxic
chemicals.
c. It is, per se, gross medical mal-
practice to administer any of the
so-called covid 19 vaccines.

**E. REQUEST FOR RELIEF**

I believe that I am entitled to the following specific relief:

Plaintiffs request the following relief.

Actual Damages
In the amount of one million dollars per plaintiff, pain and suffering, emotional distress, punitive damages, in the amount of one hundred trillion dollars.

Declaratory Relief
1. No one is above the law, the constitution, the bill of rights, or the rule of law.
2. No government official has ever possessed lawfull authority to suspend the constitution and replace it with so-called health directives.

Injuctive Relief
Protective order forbidding defendents to illegally retaliate by firing plaintiff employees, threats, or intimitation

Appointment of counsel
Trial by jury. And any and all other relief deamed approiate by the court.

Sept 9, 2021
*(Date)*

Kenneth Adrian Fuller
*(Signature of Plaintiff)*

## Addentum  A

## Injunctive  Relief

Due to the extreme risk to life that so-called covid 19 vacienes have already directly been the cause of death, request Emergency temporary enjunction forbidding the use of covid 19 vacienes, pending through scientific analysis to determine if there is posinous chemicals contained there with-in.

Due to extreme hazards to health that manditory use of facemasks pose, Emergency injunctive relief makeing the use of facemasks voluntary.

temporary EMENgency INJunction FoR BiddiNG RequiRiNG Anyone under the Age of 18 to WeAR FAcemASKS pending indegendant scientific research on the critical determination if FACEMASKS hARm the Body and/or BRAIN Functions.

ADRIAN Fuller #475803

oma Ave
Obispo, CA 93405

RECEIVED
CLERK, U.S. DISTRICT COURT

OCT - 4 2021

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

United States District Court
Central District of California
255 Temple Street Suites 134
Los Angeles, California

# 90012



Santa Barbara CA 931
THU 16 SEP 2021 PM

1. Need 5 Copyes
   Made

2. Also Need to Song
   $1/02.00 Check $91/96Fee