UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.   **2:21-cv-07946-SVW-MAA**                                                  Date: **January 19, 2022**

Title   **Kenneth Adrian Fuller et al. v. Gavin Newsom et al.**

Present:   The Honorable MARIA A. AUDERO, United States Magistrate Judge

| Narissa Estrada | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings (In Chambers):**     Order to Show Cause Re: Failure to Serve Complaint

Federal Rule of Civil Procedure 4(m) requires that service of the summons and Complaint must be made on all Defendants within ninety days of filing the complaint.  *See* Fed. R. Civ. P. 4(m). The Court warned Plaintiffs of this deadline in its Initial Case Management Order.  (ECF No. 7.)

Here, this action was filed over ninety days ago.  The docket in this case lacks filings showing that it is being timely prosecuted.  Specifically, Plaintiffs have not filed any proofs of service of the summons and Complaint.

Plaintiffs are ordered to show cause, in writing, no later than **February 18, 2022**, why this action should not be dismissed without prejudice under Federal Rule of Civil Procedure 4(m).  In lieu of a written response, Plaintiffs may discharge this Order to Show Cause by filing documents showing that the matter is being prosecuted diligently—for example, a proof of service of the summons and Complaint.

**Plaintiffs are cautioned that failure to respond to this order may result in a recommendation that the lawsuit be dismissed without prejudice for failure to prosecute and/or failure to comply with a court order pursuant to Federal Rule of Civil Procedure 41(b).** *See* **C.D. Cal. L.R. 41-1.**

It is so ordered.