UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.   **2:21-cv-07946-SVW-MAA**                                                          Date: **April 19, 2022**

Title   **Kenneth Adrian Fuller et al. v. Gavin Newsom et al.**

Present:   The Honorable MARIA A. AUDERO, United States Magistrate Judge

| Narissa Estrada | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings (In Chambers):**   Order Regarding Plaintiffs' Failures to Comply with Court's Order (ECF No. 14)

On March 3, 2022, the Court issued an Order: (1) warning Plaintiffs that in federal court, parties may plead and conduct their own cases personally and cannot bring claims on behalf of other individuals or a class; and (2) advising that the Ninth Circuit does not allow multiple inmate *pro se* plaintiffs to bring a single lawsuit. (Order 1, ECF No. 14.) The Court ordered each Plaintiff separately to do one of the following by **April 4, 2022**: (a) advise the Court that he or she will proceed with this lawsuit; (b) file a notice of dismissal; or (c) advise the Court that he or she wishes to sever his or her claims into a separate lawsuit. (*Id*. at 3.) The Court advised that the $402 filing fee would remain with the lawsuit, and that if a Plaintiff chose to sever his or her claims, each action would require a separate $402 filing or the Court's approval to proceed *in forma pauperis*. (*Id*.) The Court "**cautioned that failure to respond to this order may result in a recommendation that the lawsuit be dismissed without prejudice for failure to prosecute and/or failure to comply with a court order pursuant to Federal Rule of Civil Procedure 41(b).** *See* **C.D. Cal. L.R. 41-1**." (*Id*.)

To date, no Plaintiff has not filed a response to Order. Plaintiffs are **ORDERED TO SHOW CAUSE** by **May 19, 2022** why the Court should not recommend that the lawsuit be dismissed for failure to comply with a Court order. If every Plaintiff files a response to the Order on or before that date, this Order to Show Cause will be discharged, and no additional action need be taken. If some but not all of the Plaintiffs respond, the Order to Show Cause will be discharged as to such responding Plaintiffs but not against the non-responding Plaintiffs.

**Plaintiffs are cautioned that failure to respond to this order may result in a recommendation that the lawsuit be dismissed without prejudice for failure to prosecute and/or failure to comply with a court order pursuant to Federal Rule of Civil Procedure 41(b). *See* C.D. Cal. L.R. 41-1.**

It is so ordered.