JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH ADRIAN FULLER et al., <br><br> Plaintiffs, <br><br> v. <br><br> GAVIN NEWSOM et al., <br><br> Defendants. | Case No. 2:21-cv-07946-SVW (MAA) <br><br> **JUDGMENT** |

Pursuant to the Order of Dismissal filed herewith,

IT IS ADJUDGED that the above-captioned case is dismissed without prejudice.

DATED: June 15, 2022

STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE